**Mary Woolford GIBBS,**
**Plaintiff-Appellant,**

v.

**DORCHESTER COUNTY BOARD OF EDUCATION, Defendant-Appellee.**

**No. 17-1045**

United States Court of Appeals, Fourth Circuit.

Submitted: September 28, 2017

Decided: October 2, 2017

Robin R. Cockey, Ashley A. Bosché, COCKEY, BRENNAN & MALONEY, PC, Salisbury, Maryland, for Appellant. Lisa Y. Settles, Adam E. Konstas, PESSIN KATZ LAW, P.A., Towson, Maryland, for Appellee.

Before WILKINSON, MOTZ, and KING, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

\* The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636

PER CURIAM:

Mary Woolford Gibbs appeals the magistrate judge's \* order granting summary judgment on her claim alleging that the Dorchester County Board of Education undercompensated her because of her race, in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. *See Gibbs v. Dorchester Cty. Bd. of Educ.*, No. 1:16-cv-00395-JMC, 2017 WL 68637 (D. Md. Jan. 6, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*